UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

vs.  Case No. 5:17-CR-36-T-27PRL

AVERY LEANARD TUMER
_____/

### ORDER

**BEFORE THE COURT** is the Magistrate Judge's Report and Recommendation on the issue of Defendant's competency to proceed to trial. (Dkt. 70). After a hearing on the matter and consideration of the report and testimony of an expert in forensic psychiatry, the Magistrate Judge recommends that Defendant be deemed competent to stand trial. No objections have been filed and the time in which to do so has passed. After careful consideration of Report and Recommendation in conjunction with an independent examination of the file, the Report and Recommendation (Dkt. 70) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review and Defendant is deemed competent to stand trial.

**DONE AND ORDERED** this 31st day of May, 2018.

JAMES D. WHITTEMORE
**United States District Judge**

Copies to:
Counsel of Record